# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:07-cv-01632-AWI-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| SGT. DAVIS, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 13, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states claims against Defendants Sgt. Davis, Lindquist, Elizalde, Nesbitt, Cook Supervisor Franco, C/O Franco, Cas, Gus, and Dill for use of excessive force in violation of the Eighth Amendment, and against Defendants Sgt. Davis, Lindquist, and Elizalde for retaliation in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of Plaintiff's medical care claim, claim arising from the failure to document the incident, and equal protection claim for failure to state a claim; and dismissal of Defendants Valencia, Scott, Schwarzenegger, Tilton, Kernan, Yates, M. C. Davis, Hernandez, Duty, McBride, Soares, Huckabay, and Green for failure to state a claim upon which relief may be granted against them.

.

1. Service shall be initiated on the following defendants:
    SGT. DAVIS
    C/O LINDQUIST
    C/O ELIZALDE
    NESBITT
    COOK SUPERVISOR FRANCO
    C/O FRANCO
    CAS
    GUS
    C/O DILL

2. The Clerk of the Court shall send Plaintiff nine (9) USM-285 forms, nine (9) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed November 13, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:
    a. Completed summons;
    b. One completed USM-285 form for each defendant listed above; and
    c. Ten (10) copies of the endorsed complaint filed November 13, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

1 | **Dated:** **May 16, 2008**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE