# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. DAVIS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01632-AWI-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO ADD STANTON LEE AS COUNSEL FOR COOK SUPERVISOR FRANCO, AND REQUIRING FRANCO TO FILE A RESPONSE TO THE AMENDED COMPLAINT BY DECEMBER 1, 2008<br><br>(Doc. 38) |

　　　　Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against two defendants with the last name of Franco, one a correctional officer ("C/O") and one a cook supervisor.  On July 28, 2008, a waiver was returned on behalf of C/O Franco, and on August 5, 2008, a motion to dismiss was filed, in relevant part, by Defendant I. Franco, Correctional Officer.  (Docs. 27, 35.)  Set forth in a footnote is the statement that counsel anticipates representing J. Franco if the complaint is properly served.  (Doc. 35.)  Thereafter, on August 15, 2008, a waiver was returned on behalf of "Cook Service" Franco, but to date, no response has been filed on behalf of the second Franco.  (Doc. 38.)

　　　　The waivers received by the Court were accompanied by mismatched USM-285 forms, as C/O Franco's waiver was accompanied by a USM-285 form for "Cook Service" Franco, and "Cook Service" Franco's waiver was accompanied by a USM-285 form for C/O Franco.  Additionally, the Clerk's Office docketed the waiver received on August 15, 2008, as being returned by C/O Franco.

1

1   Notwithstanding those issues, the fact remains that the Court received two waivers signed
2 by Deputy Attorney General Stanton Lee, one for C/O Franco and one for "Cook Service" Franco.
3 Therefore, absent a showing to the contrary supported by evidence, the Court finds that "Cook
4 Service" Franco is obligated to file a response to the amended complaint. The Court will sua sponte
5 grant an extension of time to December 1, 2008, within which to do so. If a response is not received
6 by that date, default will be entered.

7   Accordingly, it is HEREBY ORDERED that:

8   1.   The Clerk's Office shall add Deputy Attorney General Stanton Lee as counsel for
9        Defendant Franco, Cook Supervisor;

10  2.   Defendant Franco is granted an extension of time up to and including December 1,
11       2008, within which to file a response to Plaintiff's amended complaint; and

12  3.   The failure to file a response to Plaintiff's amended complaint on or before December
13       1, 2008, will result in the entry of default.

16  IT IS SO ORDERED.

17  Dated:   **November 3, 2008**           /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE