# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. DAVIS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01632-AWI-GSA PC<br><br>ORDER NOTIFYING PLAINTIFF THAT DEFENDANT CAS MUST BE IDENTIFIED BY THE CLOSE OF DISCOVERY OR HE WILL BE DISMISSED FROM THIS ACTION<br><br>(Doc. 42) |

　　　Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The United States Marshal was ordered by the Court to initiate service of process by order filed June 11, 2008. (Doc. 16.) On October 27, 2008, the USM-285 form was returned un-executed as to Defendant Cas. (Doc. 42.)

　　　Based on the information set forth by Plaintiff in the USM-285 form, Cas is a nickname. Plaintiff is required to provide information sufficient to identify and locate the named defendant, and the submission of nothing more than a nickname is not sufficient. Accordingly, it is HEREBY ORDERED that:

　　　1.　　If and when Plaintiff obtains the identity of Cas, through discovery or other means, he may notify the Court and it will direct the Marshal to initiate re-service; and

///
///
///
///

1

2. If Plaintiff has not identified Cas by the close of discovery, he will be dismissed from this action pursuant to Federal Rule of Civil Procedure 4(m).[1]

IT IS SO ORDERED.

Dated:   **November 4, 2008**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will issue an order opening discovery and setting a completion deadline once the defendants file an answer.

2