# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. DAVIS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01632-AWI-GSA PC<br><br>ORDER DENYING MOTION FOR ORDER DIRECTING RE-SERVICE ON DEFENDANT LINDQUIST AS PREMATURE<br><br>(Doc. 44) |

    Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The United States Marshal was ordered by the Court to initiate service of process by order filed June 11, 2008. (Doc. 16.) On November 3, 2008, Plaintiff filed a motion seeking re-service on Defendant Lindquist. (Doc. 44.)

    Plaintiff's motion is premature. Service on Defendant Lindquist is still in process. If the documents are returned by the Marshal as un-executed, the new information provided by Plaintiff will be utilized. At this juncture, however, there is no basis for presuming that service will not be accomplished.

    Accordingly, Plaintiff's motion for an order directing re-service on Defendant Lindquist, filed November 3, 2008, is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:  **November 10, 2008**                  **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1