IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | 1:07-cv-01632-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| DAVIS, et al., | (Motion#56) |
| Defendants. | 30-DAY DEADLINE |

On March 30, 2009, plaintiff filed a motion to extend time to file objections to the findings and recommendations that were filed on March 5, 2009. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.


IT IS SO ORDERED.

Dated: **April 2, 2009**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE