# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT. DAVIS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01632-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Docs. 54 and 55)<br><br>ORDER DIRECTING CLERK OF THE COURT TO SERVE A COURTESY COPY OF THIS ORDER, PLAINTIFF'S MOTION, AND PLAINTIFF'S OBJECTION ON WARDEN KELLY HARRINGTON AT KVSP<br><br>(Docs. 54 and 56) |

    Plaintiff Michael Lenoir Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 5, 2009, the Magistrate Judge filed Findings and Recommendations which recommended denial of Plaintiff's motion for a preliminary injunction. Plaintiff was given thirty days within which to object. Plaintiff filed an Objection on April 3, 2009.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1 | The claims being litigated in this action occurred at Pleasant Valley State Prison in 2007. The Court does not have jurisdiction to issue any orders directed at remedying Plaintiff's current conditions of confinement at Kern Valley State Prison. 18 U.S.C. § 3626(a)(1)(A); <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006). Therefore, Plaintiff's motion must be denied.

Pursuant to the Magistrate Judge's invitation, Plaintiff has indicated that he would like the Court to notify the Warden of his concerns. The Court will direct the Clerk's Office to send the Warden a copy of this Order, and copies of Plaintiff's Motion and Objection. **Warden Harrington is requested to look into Plaintiff's allegations that his safety is in danger because of his placement at the same prison as Officer Lindquist, who is a defendant in this action, and that Warden Harrington look into Plaintiff's allegation that Plaintiff is being housed in a more restrictive design in retaliation for pursuing this action.** In making this request, the court expresses no opinion regarding the merits of Plaintiff's allegations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 5, 2009, is adopted in full;
2. Plaintiff's motion for preliminary injunctive relief, filed January 15, 2009, is DENIED for lack of jurisdiction;
3. The Clerk of the Court shall serve a courtesy copy of this Order, Plaintiff's Motion (Doc # 54), and Plaintiff's Objection (Doc # 58) on Warden Kelly Harrington at Kern Valley State Prison; and
4. Warden Harrington is requested to look into Plaintiff's allegations that his safety is being endangered and that he is being retaliated against.

IT IS SO ORDERED.

**Dated:** April 17, 2009          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE