1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  | MICHAEL LENOIR SMITH, | CASE NO. 1:07-cv-01632-AWI-GSA PC

10 |            Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF 'S MOTIONS

11 |     v. | FOR A PRELIMINARY INJUNCTION BE DENIED AS MOOT

12 | SGT. DAVIS, et al.,

13 |            Defendants. | (Docs. 63 and 65)

14 | _____/ | OBJECTIONS DUE WITHIN FIFTEEN DAYS

15

16          Plaintiff Michael Lenoir Smith is a state prisoner proceeding pro se and in forma pauperis

17  in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 3, 2009, and June 8, 2009, Plaintiff

18  filed motions seeking a preliminary injunction requiring Warden Ken Clark to provide him with his

19  legal materials, which were confiscated following his transfer to the California Substance Abuse

20  Treatment Facility and his placement in administrative segregation.  Defendants did not file a

21  response.

22          In his subsequent motion for an extension of the discovery deadline, filed June 26, 2009,

23  Plaintiff stated that he was provided with his legal material on June 18, 2009.  (Doc. 68.)

24  Accordingly, the Court HEREBY RECOMMENDS that Plaintiff's motions for a preliminary

25  injunction, filed June 3, 2009, and June 8, 2009, be DENIED as moot.  S.E.C. v. Gemstar-TV Guide

26  Int'l, Inc., 367 F.3d 1087, 1091 (9th Cir. 2004).

27          This Finding and Recommendation will be submitted to the United States District Judge

28  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15)**

1

1   **days** after being served with the Finding and Recommendation, the parties may file written

2   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3   Finding and Recommendation."  The parties are advised that failure to file objections within the

4   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

5   1153 (9th Cir. 1991).

6

7

8       IT IS SO ORDERED.

9       **Dated:   September 3, 2009**              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28