# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. DAVIS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01632-AWI-GSA PC<br><br>ORDER STRIKING UNTIMELY MOTION TO COMPEL<br><br>(Doc. 75) |

　　　On October 19, 2009, Plaintiff Michael Lenoir Smith, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion to compel.

　　　The deadline for the completion of all discovery, including filing motions to compel, was August 19, 2009. Fed. R. Civ. P. 16(b). (Docs. 51, 73.) Plaintiff's motion is untimely and is HEREBY ORDERED STRICKEN from the record.

　　　IT IS SO ORDERED.

Dated: __October 22, 2009__　　　　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1