# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

                Plaintiff,

   v.

SGT. DAVIS, et al.,

                Defendants.

_____/

CASE NO. 1:07-cv-01632-AWI-GSA PC

AMENDED ORDER STRIKING UNTIMELY MOTION TO COMPEL

(Doc. 75)

      On October 19, 2009, Plaintiff Michael Lenoir Smith, a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion to compel.

      The deadline for the completion of all discovery, including filing motions to compel, was August 11, 2009.  Fed. R. Civ. P. 16(b).  (Docs. 51, 73.)  Plaintiff 's motion is untimely and is HEREBY ORDERED STRICKEN from the record.

      IT IS SO ORDERED.

**Dated:**   **October 22, 2009**          _____   **/s/ Gary S. Austin**          _____
UNITED STATES MAGISTRATE JUDGE