1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | MICHAEL LENOIR SMITH,           CASE NO. 1:07-cv-01632-AWI-GSA PC

10          Plaintiff,          ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, AND DENYING

11     v.          MOTIONS FOR PRELIMINARY INJUNCTIVE
RELIEF

12 | SGT. DAVIS, et al.,

         (Docs. 63, 65, and 72)

13          Defendants.

14 _____/

15      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Michael Lenoir

16 Smith, a state prisoner proceeding pro se and in forma pauperis.  The matter was referred to a United

17 States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18      On September 4, 2009, the Magistrate Judge recommended that Plaintiff's motions seeking

19 preliminary injunctive relief be denied as moot.  The parties were given fifteen days within which

20 to file objections.  Plaintiff filed an objection on September 18, 2009.

21      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

22 de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

23 and Recommendations to be supported by the record and by proper analysis.

24      Plaintiff's motions, in which he sought an order directing the release of his legal material,

25 are rendered moot by his concession that he received his legal material.  (Doc. 68.)  In addition, the

26 Court lacks jurisdiction to issue an order intended to remedy Plaintiff's current conditions of

27 confinement because such an order would not remedy any of the legal claims in this action, which

28 arise from events that occurred at a different prison in 2007.  City of Los Angeles v. Lyons, 461 U.S.

1

1  95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation

2  of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los

3  Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

4        Accordingly, IT IS HEREBY ORDERED that:

5      1.    The Findings and Recommendations, filed September 4, 2009, is adopted in full; and

6      2.    Plaintiff's motions for a preliminary injunction, filed June 3, 2009, and June 8, 2009,

7          are DENIED as moot.

8

9  IT IS SO ORDERED.

10  **Dated:**   **October 26, 2009**               **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28