# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | 1:07-cv-01632-OWW-GSA (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF MICHAEL LENOIR SMITH, CDC #P-64019, TO U.S. DISTRICT COURT, FRESNO ON MARCH 23, 2010** |
| vs. | |
| DAVIS, et al., | |
| Defendants. | **TRIAL AT U.S. DISTRICT COURT FRESNO:** <br> **DATE: MARCH 23, 2010** <br> **TIME: 8:00 A.M.** |

Plaintiff, **MICHAEL LENOIR SMITH**, inmate, CDC# P-64019, a necessary and material witness and party in proceedings in this case, is confined at California Substance Abuse Treatment Facility, in Corcoran, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #3,7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on March 23, 2010, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Substance Abuse Treatment Facility, 900 Quebec Avenue, Corcoran, California, 93212:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. This inmate's legal property relevant to the above entitled case shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: March 1, 2010  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE