**FILED**

MAR 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:07-cv-01632 OWW GSA (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON MARCH 25, 2010, AT 8:00 A.M. |
| v. | |
| SGT. DAVIS, et. al. | |
| Defendants. | |

Plaintiff Michael Lenoir Smith P-64019, shall be produced to testify before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Thursday, March 25, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 3-24-10

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1