**FILED**

MAR 26 2010

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH, | CASE NO. 1:07-cv-01632 OWW GSA (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE MICHAEL LENOIR SMITH, P-64019, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| SGT. DAVIS, et al. | |
| Defendants. | |

Jury trial in this matter commenced on March 23, 2010. Inmate witness **Michael Lenoir Smith, P-64019**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 3-26-10

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1