# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL LENOIR SMITH,**

v.

CASE NO: **1:07−CV−01632−OWW−GSA**

**DAVIS, ET AL.,**

---

**XX −− Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/26/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **April 1, 2010**

by: /s/ S. Arellano
Deputy Clerk